Konrad L. Trope (California SBN: 133214)
TROPE AND TROPE LAW GROUP
415 North Camden Drive, Suite 111
Beverly Hills, California 90210
Phone: (818) 575-7423
Email: ktrope@tropeandtropelawgroup.com

Attorneys for Plaintiff, TRIDENT CONCERT PRODUCTIONS, LLC, a limited liability company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRIDENT CONCERT PRODUCTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. HELFANT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-CV-04188<br><br>**NOTICE OF REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a); and PROPOSED ORDER OF DISMISSAL**<br><br>Original Complaint Filed: May 9, 2025<br>Trial Date: None set. |

PLEASE TAKE NOTICE that this action is dismissed by the Plaintiff in its entirety with prejudice pursuant to F.R.Civ.P.41(a).

Dated: 8/19/2025

Respectfully submitted,

TROPE AND TROPE LAW GROUP

By: /s/ Konrad L. Trope
Konrad L. Trope, Esq.
Attorney for Plaintiff, TRIDENT CONCERT PRODUCTIONS, LLC, a limited liability company

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having been advised by counsel that the above-entitled action has been settled, IT IS SO ORDERED that the action is dismissed WITH PREJUDICE. It is further ORDERED that the Clerk shall file this Order of Dismissal and serve said Order on all counsel via electronic means.

Dated: _____

Honorable John F. Walter, District Judge